UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MIGUEL TORRES,
LORNE JOHNSON, and,
JAIDEN RAMIREZ

                         Defendants.

**ORDER**

26 Cr. 09 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **April 9, 2026, at 4:00 p.m.,**

in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York.

Dated: New York, New York
       January 15, 2026

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge