UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v. -

MIGUEL TORRES,
LORNE JOHNSON, and,
JAIDEN RAMIREZ

               Defendants.

**ORDER**

26 Cr. 09 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this case on **February 17, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The conference is to be attended by the Government and Defendant Ramirez. Defendants Torres and Johnson need not attend.

        The purpose of the conference is to discuss Defendant Ramirez's opposition to the proposed protective order submitted by the Government. (Dkt. No. 52)

Dated: New York, New York
       February 9, 2026

                  SO ORDERED.

                  _____
                  Paul G. Gardephe
                  United States District Judge