UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MIGUEL TORRES,
LORNE JOHNSON, and,
JAIDEN RAMIREZ

Defendants.

**ORDER**

26 Cr. 09 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, the Government and counsel for Defendant Ramirez are directed to confer regarding a modified protective order that more specifically delineates the discovery material that is subject to protection, whether by redaction, the blurring of faces, or other techniques. The parties will submit a letter by March 10, 2026, advising the Court as to whether they have reached an agreement as to these matters and, if not, what areas of disagreement remain.

Dated: New York, New York
        March 4, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge