UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MIGUEL TORRES,
LORNE JOHNSON, and,
JAIDEN RAMIREZ

                    Defendants.

**ORDER**

26 Cr. 09 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government's motion to enter a modified protective order (Dkt. No. 62) is

referred to Magistrate Judge Gary Stein, the Magistrate Judge on duty.

Dated: New York, New York
       March 12, 2026

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge