**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

MIGUEL TORRES,
LORNE JOHNSON, and
JAIDEN RAMIREZ,

              Defendants.
-------------------------------------------------------------------------X

**26 Cr. 9 (PGG)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

Judge Gardephe has referred to me the Government's motion to enter a modified protective order. (Dkt. Nos. 61 & 62). If any Defendant wishes to submit a written response to the Government's motion, he shall do so by Tuesday, March 17, 2026.

      **SO ORDERED.**

DATED:    New York, New York
            March 13, 2026

                     _____
                     The Honorable Gary Stein
                     United States Magistrate Judge