UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MIGUEL TORRES,
LORNE JOHNSON, and,
JAIDEN RAMIREZ

                                    Defendants.

**ORDER**

26 Cr. 09 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for April 9, 2026, at 4:00 p.m., is adjourned

to **May 13, 2026, at 4:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Government, by and through Assistant United States

Attorney Ariana Bloom, and with the consent of the Defendants, Miguel Torres, Lorne Johnson,

and Jaiden Ramirez, by and through their counsel Ariel Werner, Edward Diskant, and Sabrina

Shroff, respectively, the time between April 9, 2026, through May 13, 2026, is excluded under

the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).  The Court finds that

the granting of such a continuance serves the ends of justice and outweighs the best interests of

the public and the Defendant in a speedy trial, because it will permit defense counsel to review

discovery from the Government, and because it will permit the parties to continue discussions

regarding a potential pre-trial disposition of this case.

The Clerk of Court is directed to terminate the letter motion requesting an adjournment. (Dkt. No. 68)

Dated: New York, New York
      April 6, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge