UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Protective Order** |
| v. | **26 Cr. 009 (PGG) (GS)** |
| MIGUEL TORRES,<br>LORNE JOHNSON, and<br>JAIDEN RAMIREZ | |
| *Defendants.* | |

Upon the application of the United States of America, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

1.   The Government has made and will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases ("Disclosure Material").

**Confidential Material**

2.   Certain of the Government's Disclosure Material in this case will be designated "Confidential Material" because it (i) affects the privacy, confidentiality of individuals; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; (iv) may be produced with more limited redactions than would otherwise be necessary; and (v) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

3.   The Government intends to designate the following categories of materials "Confidential Material": (i) Footage from body-worn cameras worn by the New York City Police

2023.11.26

Department ("NYPD") officers who approached, pursued, and arrested the defendants on or about September 13, 2025, by the NYPD officers who responded to the scene, and by the NYPD officers who located the firearms, including footage showing witnesses and other third parties; (ii) Surveillance footage from the location of the September 13, 2025 armed robbery (the "Armed Robbery") during the commission of the Armed Robbery; and (iii) records obtained from the extraction of cellular devices recovered in connection with the arrest of the defendants in this case.

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

### **Disclosure and Treatment**

4.   Confidential Material may be possessed by the defendant or defense counsel, including any successor counsel ("the defense") and may be used by the defense for purposes of defending this action.   For the avoidance of doubt, in defending this action, the defense may share Confidential Material with prospective witnesses or others with relevant knowledge or information concerning the case.

5.   Confidential Material shall not be disclosed by the defense other than as set forth herein.   The defense shall not post any Confidential Material on any Internet site or network site, including any social media site, to which persons other than the parties hereto have access, and shall not disclose any Confidential Material to the media.

### **Other Provisions**

6.   This Order does not prevent the disclosure of any Confidential Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action but, except to the extent provided otherwise below, shall not be disclosed or used in any form in any other civil litigation, arbitration, or other private or alternative dispute resolution. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions.

2023.11.26

7.  The Government's designation of material will be controlling absent contrary order of the Court. The parties shall meet and confer regarding any dispute over such designations, after which the defense may seek de-designation by the Court. The Government may authorize, in writing, disclosure of Confidential Material beyond that otherwise permitted by this Order without further Order of this Court.

8.  The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Confidential Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

9.  Except for Confidential Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Confidential Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; the conclusion of litigation in New York Supreme Criminal Court Case No. IND-75416-25/003 and any direct appeal therefrom; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Confidential Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

10. This order places no restriction on the disclosure and treatment of Disclosure Material that has not been designated Confidential Material.

2023.11.26

11. This Order places no restriction on a defendant's use or disclosure of ESI or other Confidential Material that originally belonged to the defendant.

12. Confidential Material provided to the defense may also be shared with defense counsel and used in New York Supreme Criminal Court Case No. IND-75416-25/003, provided that such use is consistent with the restrictions set forth above.

### Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

SO ORDERED:

Dated: New York, New York
  April 20, 2026

_____
THE HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE

4

2023.11.26