# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2026

**By ECF and Hand Delivery**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:     *United States v. Miguel Torres*, 26 Cr. 9 (PGG)

Dear Judge Gardephe:

I write on an emergency basis to respectfully request that the Court modify the conditions of Miguel Torres's bond to permit him to spend the next three nights at New York-Presbyterian Morgan Stanley Children's Hospital, where his girlfriend is currently in labor with their first child. Mr. Torres has been subject to a curfew enforced by location monitoring since his release on September 15, 2025, and has had no issues whatsoever on pretrial supervision.

Neither Pretrial Services nor the Government objects to this request. Thank you for your consideration.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner, Esq.
Assistant Federal Defender
(212) 417-8770

cc:    Ariana Bloom, Assistant U.S. Attorney
Francesca Piperato, Pretrial Services

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: June 8, 2026