Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2026

MEMO ENDORSED
The application is denied.

SO ORDERED:
Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: August 7, 2026

**By ECF and Email**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Miguel Torres*, 26 Cr. 009 (PGG)

Dear Judge Gardephe,

I write to respectfully request two modifications to Miguel Torres's bail conditions. For the reasons stated below, we ask the Court to: (1) release Mr. Torres from the condition of a curfew enforced by location monitoring; and (2) permit Mr. Torres to travel to the Dominican Republic from August 13 to August 18 to attend his niece's Sweet 16 party.

By way of background, this is Mr. Torres's first arrest and conviction of any kind. Arrested on September 13, 2025, he has been living in the community since September 15, when he was presented and released on bond. In the nearly eleven months that he has been supervised by Pretrial Services, he has had no issues whatsoever. To the contrary, he has remained compliant with his curfew, tested negative for substances, and is expected to complete his GED and the High School Equivalency Preparation and Job Training Program with New Settlement YouthBuild within the next few weeks. In June, he was released from his curfew for three nights without any problem to be present for the birth of his son. He lives with his partner, son, sister, niece, and nephew, and he is involved in every aspect of parenting his infant child. On June 15, 2026, he pleaded guilty to one count of Hobbs Act robbery and was continued on bail. Sentencing is scheduled for October 14, 2026. His exceptional conduct on pretrial supervision supports the requested modifications.

First, I request that the Court remove the condition of a curfew enforced by location monitoring. Through Mr. Torres's conduct over nearly eleven months, he has demonstrated that the curfew is an overly restrictive condition in his circumstances. It is not required to ensure his reappearance in court or the safety of the community. Pretrial Services has declined to take a position on this request at this time because Mr. Torres's assigned pretrial officer is out on leave. The Government objects.

Second, I request that the Court permit Mr. Torres to travel to the Dominican Republic from August 13 to 18 to attend his niece's Sweet 16 along with his partner, baby, sister, niece, and nephew. Mr. Torres and his family have informed me that the party will be a particularly special gathering for their family, which is spread across the United States, the Dominican Republic, and Spain. It will also present a rare opportunity for Mr. Torres to introduce his son to his mother, who was deported to the Dominican Republic several years ago. Mr. Torres's mother is currently making

plans to resettle in Spain along with her husband, Mr. Torres's father. Mr. Torres would be deeply grateful to have the chance to introduce her to his baby before she relocates even farther away.

Pretrial Services and the Government object to this travel request, stating that Mr. Torres cannot be effectively supervised or monitored electronically during a period of international travel. But Mr. Torres's compliance with his prior three-night curfew modification demonstrates that he can be trusted with a discrete, time-limited modification, and any risk of nonappearance is further mitigated by the fact that he would be traveling with his partner, son, sister, niece, and nephew, all of whom reside in New York City.

We thank the Court for its consideration of these requests.

Respectfully,

Ariel Werner
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8700

cc: Ariana L. Bloom, Assistant United States Attorney
Francesca Piperato, Pretrial Services