Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2026

**By ECF and Email**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Miguel Torres*, 26 Cr. 009 (PGG)

Dear Judge Gardephe,

I write with a brief modification to my application, dated August 7, 2026, to allow Miguel Torres to travel to the Dominican Republic later this week for his niece's Sweet 16 celebration on August 15 and to introduce his baby to his mother. In my letter, ECF No. 89, I asked that Mr. Torres be allowed to travel from August 13 to 18. This morning, his family informed me that they have identified more affordable flights with availability from August 14 to 19 instead. Accordingly, with apologies for any confusion this subsequent letter may cause, we respectfully request that Mr. Torres be permitted to travel to the Dominican Republic from August 14 to 19, for the reasons stated in my August 7 letter.

Thank you for your consideration of this request.

Respectfully,

Ariel Werner
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8700

cc: Ariana L. Bloom, Assistant United States Attorney
Francesca Piperato, Pretrial Services

**MEMO ENDORSED:** The application is denied.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: August 10, 2026